```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16395
   CHARLOTTE EASTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1299

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/25/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
ROGERS & HOLLAND           SECURED          1111.00          .00            .00
ROGERS & HOLLAND           UNSECURED       NOT FILED         .00            .00
BARONS CREDITORS SERVICE   UNSECURED       NOT FILED         .00            .00
CAPITAL ONE                UNSECURED       NOT FILED         .00            .00
FIRST FRANKLIN LOAN SERV   UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
SALLIE MAE                 UNSECURED       NOT FILED         .00            .00
WOLIN LEVINE               NOTICE ONLY     NOT FILED         .00            .00
PRA RECEIVABLES MGMT       UNSECURED         646.29          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,474.00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                     ---------------    ---------------
TOTALS                   .00                  .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 16395 CHARLOTTE EASTER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |